# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00739-CR

**Colby Grant Jackson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
### NO. 23-03974-5, THE HONORABLE WILL WARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Colby Grant Jackson has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). Accordingly, we grant the motion and dismiss the appeal. *See id*.

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellant's Motion

Filed: April 17, 2025

Do Not Publish